IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PEREZ : | |
| : | |
| v. : | CIVIL ACTION NO.  02-4602 |
| : | |
| DONALD VAUGHN, ET AL. : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this          day of             ,            , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable DIANE M. WELSH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.

civrr