IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCUS PEREZ

            02-4602
            District Court Docket Number

  vs.

DONALD VAUGHN ET AL

Notice of Appeal Filed 12/19/02
Court Reporter(s)/ESR Operator(s)

Filing Fee:
  Notice of Appeal __ Paid  _X_ Not Paid  __ Seaman
  Docket Fee       __ Paid  _X_ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
      GEORGE E. MILLER  12/20/02
      Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm