IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARCUS PEREZ                          :                CIVIL ACTION

            v.                        :

DONALD VAUGHN, et al                  :                NO.  02-4602


<u>O R D E R</u>

    AND NOW, this            day of January, 2003, upon consideration of petitioner's

application to proceed in forma pauperis, it is ORDERED that said application is DENIED for

failure to comply with Rule 24(a)(1) of the Rules of Appellate Procedure.

    A copy of the correct form is attached.


_____
THOMAS N. O'NEILL, JR.,     J.